

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2022

No. 04-22-00126-CR

Albino **CEDILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0019-CR
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's brief was originally due on July 5, 2022, and we granted appellant two thirty-day extensions of time, making his brief due by September 6, 2022. On September 6, 2022, appellant filed a third motion requesting an extension until September 30, 2022 to file his brief. After consideration, we **grant** appellant's motion and **order** appellant to file his brief **by September 30, 2022. Counsel is advised no further extensions of time will be granted absent extraordinary circumstances.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court